UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARYL LEE BARRIER,<br><br>   Plaintiff,<br><br> v.<br><br>GRAYS HARBOR COUNTY PROSECUTORS OFFICE,<br><br>   Defendant. | CASE NO. 3:23-cv-05793<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On October 19, 2023, the Honorable Michelle Peterson, U.S. Magistrate Judge for the Western District of Washington, issued a Report and Recommendation ("R&R"), recommending that the Court dismiss Plaintiff's case without prejudice for failure to state a cognizable claim for relief. Dkt. No. 5. No one has objected to the R&R and the time for objecting has passed. *See generally Dkt.*

Based on its review of the R&R and the remaining record, the Court finds and ORDERS as follows:

 1. The Court adopts the R&R (Dkt. No. 5) and enters the Proposed Judgement (Dkt. No. 5-2).

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

2. This case is dismissed without prejudice for Plaintiff's failure to state a cognizable claim for relief.

3. The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Michelle Peterson.

Dated this 5th day of December, 2023.

Jamal N. Whitehead
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2